

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

Telephone (716) 853-8407

July 26, 2023

Catherine O'Hagan Wolfe (via ECF)
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Tripathy v. McKoy*, No. 23-919

Dear Ms. Wolfe:

I represent defendants-appellees in the above matter. I submit this letter in opposition to plaintiff-appellant Sanjay Tripathy's motion, which seeks to "[r]everse the denial of the district court and remand for further action consistent with 2nd Circuit ruling." (2d Cir. Doc. No. 27-1.)

Plaintiff's amended complaint asserts various claims—including claims under the Religious Land Use and Institutionalized Persons Act, the Free Exercise Clause, and the Due Process Clause—arising out of plaintiff's incarceration at Collins Correctional Facility. (*See* Dist. Ct. Doc. No. 52.) The district court granted defendants' motion to dismiss in its entirety, finding that plaintiff's amended complaint failed to state a claim for relief. (*See* Dist. Ct. Doc. No. 85.)

On July 25, 2023, plaintiff filed a scheduling notification in this Court, requesting a deadline of August 31, 2023 by which to file his opening brief. (2d Cir. Doc. No. 24.) The Court has yet to so-order the scheduling notification.

Also on July 25, plaintiff filed the instant motion. The motion is styled as a motion for "[a]ppeal due to denial and dismissal of operative complaint." (2d Cir. Doc. No. 27-1.) Plaintiff's supporting papers appear to preview the issues that he plans to

MAIN PLACE TOWER, 350 MAIN STREET, SUITE 300A, BUFFALO, NEW YORK 14202 • PHONE (716) 853-8400 • FAX (716) 853-8571
*NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

Catherine O'Hagan Wolfe
July 26, 2023
Page 2 of 2

raise on appeal. (*See, e.g.*, 2d Cir. Doc. No. 27-2 at 1 [providing list of issues that plaintiff's appeal "will raise"].) However, to the extent that plaintiff is seeking this Court's intervention without full briefing and argument of the underlying appeal, defendants oppose that request and urge the Court to deny plaintiff's motion so that the appeal may be determined in an orderly fashion.

    Respectfully submitted,

    /s/ Sarah L. Rosenbluth
    SARAH L. ROSENBLUTH
    Assistant Solicitor General

cc:     Sanjay Tripathy
       2013 Jadewood Drive
       Morrisville, North Carolina 27560

## CERTIFICATE OF SERVICE

I hereby certify that, on July 26, 2023, I served or caused to be served one copy of the accompanying letter by first class/priority mail upon the following named person(s):

Sanjay Tripathy
2013 Jadewood Drive
Morrisville, North Carolina 27560

    /s/ Sarah L. Rosenbluth