# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

_____

Sanjay Tripathy,

        Plaintiff - Appellant,

v.

Jeff McKoy, Deputy Commissioner, DOCCS, Ryan Brotz, Psychologist, SOCTP, Brian Mcallister, Director SOCTP, Anthony Annucci, Commissioner,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 23-919

    Appellant, pro se, moves for reversal of the district court's decision and to remand for further proceedings.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court