**Weil, Gotshal & Manges LLP**

2001 M Street, NW, Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

BY ECF

**Zachary D. Tripp**
+1 (202) 682-7220
Zack.tripp@weil.com

December 7, 2023

Honorable Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:   *Tripathy v. Fuez*, No. 23-919

Dear Ms. Wolfe,

Plaintiff-Appellant Sanjay Tripathy respectfully requests that oral argument in this appeal be scheduled for a date other than dates currently proposed. Oral argument has not yet been scheduled in this case, but it has been proposed for the week of February 26, 2024. ECF No. 117. Plaintiff-Appellant respectfully requests that oral argument be scheduled instead for the weeks of March 18, March 25, or April 1, 2024. Opposing counsel consents to this request.

Mr. Tripathy had been proceeding pro se in this matter. Mr. Tripathy has since retained pro bono counsel, Zachary D. Tripp, who filed a notice of appearance in this case on December 4, 2023.

Oral argument in the case has been tentatively scheduled for the week of February 26, 2024. Mr. Tripp is not available for oral argument that week because of a preexisting commitment to be out of the country that week and part of the following week. Mr. Tripp accordingly seeks to schedule oral argument for a different week.

Mr. Tripp has conferred with opposing counsel who consents to this request. Both parties are available for oral argument during the weeks of March 18, March 25, or April 1, 2024.

**Weil, Gotshal & Manges LLP**

December 7, 2023
Page 2

Therefore, Mr. Tripathy respectfully requests that oral argument not be scheduled during the week of February 26, 2024, and instead be scheduled for any date during the weeks of March 18, March 25, or April 1, 2024.

        Respectfully submitted,

        */s/ Zachary D. Tripp*
        Zachary D. Tripp
        *Counsel for Plaintiff-Appellant*

cc:    Counsel of Record (by ECF)