# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-four,

Before:     Dennis Jacobs,
                 Richard J. Sullivan,
                 William J. Nardini,
                       *Circuit Judges*.

---

Sanjay Tripathy,

       Plaintiff - Appellant,

v.

Jeff McKoy, Deputy Commissioner, DOCCS, Ryan Brotz, Psychologist, SOCTP, Brian Mcallister, Director SOCTP, Anthony Annucci, Commissioner,

       Defendants - Appellees.

**JUDGMENT**

Docket No. 23-919

---

The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                                                  For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

