**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 29, 2024
Docket #: 23-919cv
Short Title: Tripathy v. Feuz

DC Docket #: 22-cv-6469
DC Court: WDNY (ROCHESTER)
DC Judge: Geraci

### VERIFIED ITEMIZED BILL OF COSTS

Counsel for _____Defendants-Appellees_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_____Plaintiff-Appellant_____

and in favor of
_____Defendants-Appellees_____

for insertion in the mandate.

Docketing Fee    _____N/A_____

Costs of printing appendix (necessary copies _____ )    _____N/A_____

Costs of printing brief (necessary copies __7 copies__ )    _____$140.80_____

Costs of printing reply brief (necessary copies _____ )    _____N/A_____


**(VERIFICATION HERE)**

*s/Sarah L. Rosenbluth*
Signature

SANJAY TRIPATHY,

*Plaintiff-Appellant,*

-v-

JEFF McKOY, DOCCS Deputy Commissioner; RYAN BROTZ, SOCTP Psychologist; BRIAN McALLISTER, SOCTP Director; and ANTHONY ANNUCCI, DOCCS Commissioner,

*Defendants-Appellees.*

Docket No. 23-919

**VERIFICATION OF ITEMIZED BILL OF COSTS**

SARAH L. ROSENBLUTH, an attorney admitted to practice before this Court, affirms the following under penalty of perjury:

1. I am an Assistant Solicitor General in the office of Letitia James, Attorney General of the State of New York, and the attorney for Defendants-Appellees. I am familiar with the matters set forth in this verification based on my review of this Office's policies and case file.

2. In an Opinion, issued May 29, 2024, this Court affirmed the judgment of the United States District Court for the Western District of New York.

3. I make this Verification in support of Defendants-Appellees' Bill of Costs so that costs may be taxed against Plaintiff-Appellant and in favor of Defendants-Appellees for insertion in the mandate pursuant to Federal Rule of Appellate Procedure 39.

4. The costs set forth on the annexed Itemized and Verified Bill of Costs were necessarily incurred by Defendants-Appellees in this appeal and are reasonable in amount.

5. The costs were calculated based on the rates listed in the attached memorandum from the Office of the Attorney General for each document:

   *a.* reproduction costs: $0.20 per page

  *b.* binding: $1.00 per document

  *c.* cover: $75.00 flat fee per document

 6. Based on these rates, the cost to Defendants-Appellees for reproduction of papers is $140.80, calculated as follows:

| | |
|---|---:|
| *Brief for Defendants-Appellees*: | **$ 140.80** |
| (7 copies x 42 pages/copy x $0.20/page + | |
| 7 copies x 1 binding/copy x $1.00/binding + | |
| $75.00 flat fee cover) | |
| *Total* | **$ 140.80** |

 7. Therefore, total recoverable costs of **$140.80** should be taxed against Plaintiff-Appellant and in favor of Defendants-Appellees for insertion in the mandate.

Dated: May 29, 2024
    Albany, New York

                *s/Sarah L. Rosenbluth*
                SARAH L. ROSENBLUTH
                Assistant Solicitor General



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

# MEMORANDUM

**TO:** Barbara D. Underwood
**FROM:** Michael Lefebvre, Director, Budget and Fiscal Management
**RE:** Costs in Litigation and Reproduction Rates for Appellate Courts
**DATE:** March 22, 2011

Whenever possible, bureaus should seek all costs as authorized by federal or state statute or rule, including docketing fees and reproduction of documents. The following rates for the reproduction of appellate papers apply when these costs are to be charged to or shared with an individual or firm outside the Department of Law.

1. When legal papers are reproduced by an outside commercial printer, we charge the actual costs (to the legally permitted maximum) as indicated on the payment voucher/invoice from the printer.

2. When reproduction is performed in our own printing units, we will charge as follows:

## RATES FOR CALCULATION OF COSTS

| | Rate | Notes |
|---|---|---|
| **Per page charge for all documents** | .20 | motion papers, briefs, or records |
| **Binding per document** | 1.00 | e.g., thirteen copies of a brief = $13 |
| Cover | 75.00 | flat fee, including preparation of reproduction |
| **Miscellaneous preparation fees** | | a flat fee per case that covers scanning and OCR conversion, producing tables of contents, page headings (for state court cases) |
| 2nd Circuit and Appellate Divisions | 150.00 | |
| Court of Appeals | 50.00 | |

This administrative memorandum supersedes the 1993 memoranda governing reproduction and preparation costs for legal printing or legal documents on appeal. Costs for reproduction of documents under the Freedom of Information Law are set under a separate memorandum.

**Costs for Brief for Defendants-Appellees**

| | |
|---|---:|
| 7 copies for court x 42 pages x $0.20/page | $ 58.80 |
| 7 copies for court x $1.00/binding | $ 7.00 |
| Flat Fee (preparation for reproduction) | $ 75.00 |
| **Total** | **$140.80** |